IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CR173 |
| vs. | FINDINGS AND RECOMMENDATION AND ORDER |
| ANTHONY JORDAN COOK, | |
| Defendant. | |

At the conclusion of the hearing on July 19, 2019, on Defendant's Motion to Suppress Statement ([Filing No. 16](#)), I stated my conclusions on the record and my decision to recommend that the motion to suppress be denied as moot. In accordance with that announcement,

**IT IS HEREBY RECOMMENDED** to the Honorable Laurie Smith Camp, Senior United States District Judge, that Defendant's Motion to Suppress Statement ([Filing No. 16](#)) be denied as moot.

**FURTHER, IT IS ORDERED**:

1. The clerk shall cause a transcript of the hearing to be prepared and filed.

2. Pursuant to NECrimR [59.2](#), any objection to the magistrate judge's Findings and Recommendation shall be filed with the Clerk of the Court within fourteen (14) days after the unredacted transcript is available to counsel. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 19th day of July, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge