# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR173 |
| vs. | ORDER |
| ANTHONY JORDAN COOK, | |
| Defendant. | |

Before the Court are the Findings and Recommendation (F&R) of Magistrate Judge Michael D. Nelson, ECF No. 27. The F&R recommends that the Defendant's Motion to Suppress, ECF No. 16, be denied as moot. No objections to the F&R have been filed within the time designated. After a review of the Court record in this matter, including the Magistrate Judge's very thorough and well-reasoned F&R,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 27, are adopted; and
2. The Defendant's Motion to Suppress, ECF No. 16, is denied as moot.

Dated this 10th day of September, 2019.

BY THE COURT:

s/ Laurie Smith Camp
Senior United States District Judge